No. 12-09-09566-CR

In The
Court of Criminal Appeals
Austin, Texas

RECEIVED IN
COURT OF CRIMINAL APPEALS

JAN 09 2015

Abel Acosta, Clerk

Jacob Chavez

v.

The State of Texas

From Appeal No. 09-13-00408-CR

Trial Cause No. 12-09-09566-CR

Montgomery County

First Motion For Extension of Time To
File Petition For Discretionary Review

To The Honorable Judges of The Court of Criminal Appeals:

comes now, Jacob Chavez #1893600, Petitioner, and files the motion for
extension of sixty (60) days in wich to file Petition for Discretionary Review.
In support of this motion, appellant shows the court the following:

## I.

The Petitioner was convicted in the 221st District Court of Montgomery
County, Texas of the offense Aggravated Robbery, in Case No. 12-09-09566-CR, styled
State of Texas v. Jacob Adam Chavez. The Petitioner appealed to the
Court of Appeals, 9th Supreme Judicial District. The case was
affirmed on December 10, 2014

FILED IN
COURT OF CRIMINAL APPEALS

JAN 14 2015

Abel Acosta, Clerk

## II.

The present deadline for filing the Petition for Discretionary Review is <u>Jan 10, 2015</u>. The Petitioner has not requested any extension prior to this request.

## III.

Petitioner's request for an extension is based upon the following facts: Petitioner was not informed of the decision of the court of Appeals in affirming his case until <u>12-12-2014</u>. Since that time Petitioner has been attempting to gain legal representation in this matter. His Attorney on the appeal, Mr. Grant Stevens, has informed Petitioner that he will not represent him on the Petition for Discretionary Review.

WHEREFORE, Petitioner prays this Court grant this motion and extend the deadline for filing the Petition for Discretionary Review case No. <u>12-09-09566-CR</u> to <u>March 10, 2015</u>

Jacob Chavez

Petitioner Pro Se

Texas Department of Criminal Justice

Polunsky Unit

T.D.C.J #1893600

Livingston, TX 77351

<u>Certificate of Service</u>

I certify that a true and correct copy of the above and foregoing First Motion For Extension of Time to File a Petition for Discretionary Review, has been forwarded by U.S Mail, and to the state Prosecuting, P.O. Box 12405 Austin, Texas 78711 on this 31st day of December 2014

Jacob Chavez

Petitioner Pro Se

I, Jacob Chavez, T.D.C.J #1893600, being presently incarcerated in the Polunsky Unit of the Texas Department of Criminal Justice in Polk County, Texas, verify and declare under penalty of perjury that the foregoing statements are true and correct. Executed on this the 31st day of December, 2014.

Jacob Chavez, T.D.C.J #1893600